**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* PAUL PIETSCHNER,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>KATHRYN PETRALIA; ROBERT FROHWEIN; and SPENCER ROBINSON,<br><br>　　　　*Defendants*. | Civil Action No. 4:21-CV-110-SDJ |

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER, FEDERAL RULE OF EVIDENCE 502(D) ORDER, AND ORDER ON THE PRODUCTION OF DOCUMENTS AND ELECTRONICALLY STORED INFORMATION

Plaintiff United States of America (the "United States"), Relator Paul Pietschner, and Defendants Kathryn Petralia, Robert Frohwein, and Spencer Robinson ("Defendants") (collectively referred to as the "Parties"), by and through their respective counsel, jointly file this Motion for the entry of a Protective Order, Federal Rule of Evidence 502(d) Order, and Order on the Production of Documents and Electronically Stored Information.

I.

This is an action against Defendants, former executives of a financial technology company, Kabbage, Inc., to recover treble damages and civil penalties under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729–3733, and to recover money for common law claims for payment by mistake and unjust enrichment, relating to Kabbage's participation in the Government's Paycheck Protection Program ("PPP") as a PPP lender and loan service provider. The Parties anticipate discovery will likely include information subject to protections, such as trade secrets; proprietary financial or commercial material; other competitively sensitive information; sensitive personal identification or financial information, including such information relating to PPP borrowers and

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER, 502(D) ORDER, AND ESI ORDER – PAGE 1**

their principals; sensitive investigatory information, including law-enforcement sensitive information; any information that may be subject to protections under the Bank Secrecy Act; and information relating to the investigation or supervision of a financial institution, or that is subject to any bank examiner's privilege. The Parties also anticipate that discovery will likely include disclosure of voluminous electronically stored information (ESI).

II.

Given the nature of the claims asserted in this action, the Parties represent to this Court that there is good cause for the entry of a protective order, 502(d) order, and order on the production of documents and ESI as such orders are needed to streamline discovery and to protect confidential information produced or is likely to be produced in discovery in this action, while also allowing the Parties to claw-back any privileged material inadvertently produced during discovery. *See* Fed. R. Civ. P. 26(c)(1). Pursuant to the Court's Order Governing Proceedings (ECF 69), the Parties have conferred and jointly submit the attached agreed upon Protective Order, a Federal Rule of Evidence 502(d) Order, and an Order on the Production of Documents and Electronically Stored Information for entry by this Court.

Date: April 24, 2025

Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ABE MCGLOTHIN, JR.
Acting United States Attorney

*/s/ Betty Young*
JAMES GILLINGHAM, Texas Bar #
24065295
BETTY YOUNG, Texas Bar #24102498
Assistant U.S. Attorneys
110 N. College Street; Suite 700
Tyler, Texas 75702
E-mail: James.Gillingham@usdoj.gov
E-mail: Betty.Young@usdoj.gov
(903) 590-1400
(903) 590-1436 (fax)

JAMIE ANN YAVELBERG
COLIN M. HUNTLEY
SARAH E. LOUCKS
KELLY E. PHIPPS
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20044
E-mail: Sarah.E.Loucks@usdoj.gov
E-mail: Kelly.E.Phipps@usdoj.gov
(202) 616-4203
(202) 514-0280 (facsimile)
**ATTORNEYS FOR PLAINTIFF
THE UNITED STATES OF AMERICA**

*/s/ Julie Bracker (with permission)*
JULIE BRACKER
Georgia Bar No. 073803
Bracker & Marcus LLC
3355 Lenox Road, Suite 660
Atlanta, Georgia 30326
E-mail: Julie@FCACounsel.com
(770) 988-5035
(678) 648-5544 (fax)

SARAH M. FRAZIER
Texas Bar # 24027320
Murphy Anderson PLLC
1919 Decatur Street
Houston, Texas 77007
(202) 223-2620 ext. 116
sfrazier@murphypllc.com
**ATTORNEYS FOR RELATOR
PAUL PIETSCHNER**

*/s/ Hank W. Asbill (with permission)*
Henry W. Asbill (admitted *Pro Hac Vice*)
DC Bar #938811
hasbill@schertlerlaw.com
Christopher B. Mead (admitted *Pro Hac Vice*)
MD Bar #8512010419
cmead@schertlerlaw.com
Lisa H. Schertler (admitted *Pro Hac Vice*)
DC Bar #430754
lschertler@schertlerlaw.com
Paola Pinto (admitted *Pro Hac Vice*)
FL Bar #1013933
ppinto@schertlerlaw.com
SCHERTLER ONORATO MEAD & SEARS
555 13th Street NW Suite 500W
Washington DC 20004
Telephone: 202-628-4199
Facsimile: 202-628-4177
**ATTORNEYS FOR DEFENDANT
SPENCER ROBINSON**

*/s/ Miranda Hooker (with permission)*
GOODWIN PROCTER LLP
Miranda Hooker (*pro hac vice*)
Kate E. MacLeman (*pro hac vice*)
Kara N. Czekai (*pro hac vice*)
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
Telephone: (617) 570-1000
Fax: (617) 523-1231
MHooker@goodwinlaw.com
KMacLeman@goodwinlaw.com
KCzekai@goodwinlaw.com

MCKOOL SMITH, PC
Nicholas M. Mathews
Alexander J. Chern
McKool Smith, PC - Dallas
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4258
Fax: (214) 978-4044
NMathews@mckoolsmith.com
AChern@mckoolsmith.com
**ATTORNEYS FOR DEFENDANT**
**ROBERT FROHWEIN**

*/s/ George P. Varghese (with permission)*
George P. Varghese (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Fax: (617) 526-5000
george.varghese@wilmerhale.com

Anjan Sahni (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center, 250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Fax: (212) 230-8888
anjan.sahni@wilmerhale.com

Christopher E. Babbitt (*pro hac vice*)
Michaela S. Wilkes Klein (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Fax: (202) 663-6363
christopher.babbitt@wilmerhale.com
michaela.wilkesklein@wilmerhale.com

Melissa R. Smith
Gillam & Smith LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com
**ATTORNEYS FOR DEFENDANT**
**KATHRYN PETRALIA**

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, I caused a true and correct copy of the foregoing document to be transmitted through the Court's electronic mailing service (CM/ECF) to all counsel of record who have consented to electronic service by the Court's electronic mailing service (CM/ECF).

*/s/ Betty Young*
BETTY S. YOUNG

## CERTIFICATE OF CONFERENCE

I hereby certify that I have complied with Local Rule CV-7(h) and conferred with counsel for Relator and Defendants on April 23, 2025. Counsel for Relators and Defendants agree and join in this motion for entry of the attached protective order, Federal Rule of Evidence 502(d) order, and the order on the Production of Documents and Electronically Stored Information.

*/s/ Betty Young*
BETTY S. YOUNG