UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *ex rel.* PAUL PIETSCHNER | § | |
| | § | |
| v. | § | CIVIL NO. 4:21-CV-110-SDJ |
| | § | |
| KATHRYN PETRALIA, ET AL. | § | |

## **ORDER**

Before the Court is the parties' Joint Motion for Entry of Protective Order, Federal Rule of Evidence 502(d) Order, and Order on the Production of Documents and Electronically Stored Information. (Dkt. #73). Having considered the joint motion, the Court determines that it should be granted. The Court will enter each of the proposed, stipulated orders separately.

**So ORDERED and SIGNED this 30th day of April, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE